IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| LONNIE BILLARD,<br><br>    Appellee / Plaintiff,<br>v.<br>CHARLOTTE CATHOLIC HIGH SCHOOL, MECKLENBURG AREA CATHOLIC SCHOOLS, and ROMAN CATHOLIC DIOCESE OF CHARLOTTE<br>    Appellant / Defendant. | No. 22-1440 |

## MOTION TO WITHDRAW APPEARANCE OF IRENA COMO

In accordance with this Court's Rule 46(c), Appellee/Plaintiff respectfully move the Court to allow Irena Como to withdraw as counsel for Appellee/Plaintiff. In support of this motion, Appellee/Plaintiff states as follows:

    1.    Appellee/Plaintiff retained Tim, Fulton, Walker and Owen, P.L.L.C, along with the American Civil Liberties Union Foundation, and the American Civil Liberties Union of North Carolina Legal Foundation, to represent him in this matter.

    2.    Ms. Como, in her role as an attorney at the American Civil Liberties Union of North Carolina Legal Foundation appeared as counsel for Appellee/Plaintiff in this matter.

    3. Ms. Como's employment with the American Civil Liberties Union Foundation ends on July 13, 2022.

1

4. Ms. Como's cessation of employment with the American Civil Liberties Union of North Carolina Legal Foundation creates good cause for her to withdraw her appearance on this appeal.

5. All other counsel of record for Appellee/Plaintiff, including Ms. Kristi Graunke from the American Civil Liberties Union of North Carolina Legal Foundation, will continue as counsel in this action.

WHEREFORE, Ms. Como respectfully requests the Court enter an order granting her leave to withdraw her appearance in this appeal.

This 11th day of July 2022, by:

/s/ Irena Como
Irena Como
ACLU of North Carolina
Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
icomo@acluofnc.org

*Counsel for
Appellee/Plaintiff*

2

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 223 words, excluding the parts of the motion exempted by Rule 27(d)(2) and 27(a)(2)(B).

This motion complies with the type face requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6), because it has been prepared in a proportionally spaced type face using Microsoft Word 2016 in 14-point Times New Roman font.

Date: July 11, 2022                                         */s/ Irena Como*
                                                            Irena Como
                                                            *Attorney for Appellee/Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system, which will send a copy of the foregoing to all registered counsel of record.

Date: July 11, 2022

*/s/ Irena Como*
Irena Como
*Attorney for Appellee/Plaintiff*