UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 28, 2022

_____

N O T I C E

_____

No. 22-1440,    <u>Lonnie Billard v. Charlotte Catholic High School</u>
                  3:17-cv-00011-MOC-DCK

TO: Counsel

It appears that the joint appendix in this case contains references to information that should be redacted pursuant to Local Rule 25(c)(3)(C).

**Please file the corrected joint appendix by 10/03/2022. Corrected paper copies are not required.**

Kirsten Hancock, Deputy Clerk
804-916-2704