FILED: April 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1440
(3:17-cv-00011-MOC-DCK)

_____

LONNIE BILLARD

       Plaintiff - Appellee

v.

CHARLOTTE CATHOLIC HIGH SCHOOL; MECKLENBURG AREA CATHOLIC SCHOOLS; ROMAN CATHOLIC DIOCESE OF CHARLOTTE

       Defendants - Appellants

------------------------------

CHRISTIAN EDUCATIONAL MINISTRIES; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; THE ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; THE GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; THE LUTHERAN CHURCH-MISSOURI SYNOD; THE JEWISH COALITION FOR RELIGIOUS LIBERTY; THE ISLAM AND RELIGIOUS FREEDOM ACTION TEAM OF THE RELIGIOUS FREEDOM INSTITUTE; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; CARDINAL NEWMAN SOCIETY; CHRISTIAN LEGAL SOCIETY; CRISTA MINISTRIES; THE CHRISTIAN AND MISSIONARY ALLIANCE; EVANGELICAL COUNCIL FOR FINANCIAL ACCOUNTABILITY; CHRISTIAN CARE MINISTRY, INC.; THE NAVIGATORS; CROSS CATHOLIC OUTREACH; TYNDALE HOUSE MINISTRIES; SAMARITAN'S PURSE; REGENT UNIVERSITY; GRACE TO YOU; FOCUS ON THE FAMILY; ECO, A Covenant Order of Evangelical Presbyterians; INTERNATIONAL MISSIONS, INC., d/b/a Christar; SIM USA INCORPORATED; OC INTERNATIONAL, INC., a/k/a One Challenge; THE EVANGELICAL ALLIANCE MISSION, a/k/a Team; FAR EAST

BROADCASTING COMPANY, INC.; THE CROWELL TRUST; THE CHRISTIAN COMMUNITY FOUNDATION, INC., d/b/a WaterStone; THE CATHOLIC DIOCESE OF COLORADO SPRINGS; CALVARY CHAPEL FORT LAUDERDALE; CHERRY HILLS COMMUNITY CHURCH; PROFESSOR ROBERT F. COCHRAN, JR.; PROFESSOR DAVID F. FORTE; PROFESSOR RICHARD GARNETT; PROFESSOR DOUGLAS LAYCOCK; PROFESSOR MICHAEL W. MCCONNELL; PROFESSOR MICHAEL P. MORELAND; PROFESSOR ROBERT J. PUSHAW; INSTITUTE FOR FREE SPEECH

    Amici Supporting Appellant

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; MUSLIM ADVOCATES; NATIONAL COUNCIL OF JEWISH WOMEN; NATIONAL WOMEN'S LAW CENTER AND FORTY-SEVEN ADDITIONAL ORGANIZATIONS; MASSACHUSETTS; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MARYLAND; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; OREGON; RHODE ISLAND; WASHINGTON; NORTH CAROLINA COUNCIL OF CHURCHES; CHARLOTTE CLERGY COALITION FOR JUSTICE; CALDWELL PRESBYTERIAN CHURCH

    Amici Supporting Appellee

---

O R D E R

---

This case was calendared for argument on May 3, 2023. The court now removes the case from the calendar and places it in abeyance pending the Supreme Court's decision in *303 Creative v. Elenis LLC*, No. 21-476. The parties shall promptly notify the court upon issuance of the Supreme Court's decision.

    For the Court

    /s/ Patricia S. Connor, Clerk