# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Lonnie Billard, | ) | |
|    *Plaintiff-Appellee,* | ) | |
| | ) | |
| v. | ) | No. 22-1440 |
| | ) | |
| Charlotte Catholic High School, | ) | |
| *et al.*, | ) | |
|    *Defendants-Appellants.* | ) | |

**Response to Appellee's Motion to Present Argument Remotely**

Defendants-Appellants Charlotte Catholic High School, Mecklenburg Area Catholic Schools, and Roman Catholic Diocese of Charlotte consent to Appellee Lonnie Billard's September 15 motion asking this Court to allow his counsel to present oral argument remotely. Dkt. 116. Pursuant to the Court's *Powell Courthouse Entry and Oral Argument Protocol* (Feb. 8, 2023), https://www.ca4.uscourts.gov/docs/pdfs/powellcourthouseentryandoralargumentprotocol-3-07-2023.pdf?sfvrsn=6b20b609_4, undersigned counsel further states that, if Billard's requested relief is granted, he plans to appear in person for oral argument.

Dated: September 15, 2023

                                                Respectfully submitted.

| | |
|---|---|
| | /s/ Luke Goodrich |
| Joshua Daniel Davey, Esq. | Luke W. Goodrich |
| Troutman Pepper Hamilton Sanders LLP | *Counsel of Record* |
| | Nicholas R. Reaves |
| 301 South College Street | Laura E. Wolk |
| 34th Floor | The Becket Fund for Religious Liberty |
| Charlotte, NC 28202 | 1919 Pennsylvania Ave. N.W., Ste. 400 |
| (704) 916-1503 | Washington, DC 20006 |
| *joshua.davey@troutman.com* | (202) 955-0095 |
| | *lgoodrich@becketlaw.org* |

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record through the Court's electronic filing system on September 15, 2023.

/s/ Luke Goodrich<br>Luke Goodrich

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with this Court's type-volume requirements because, excluding the parts of the document exempted by Fed. R. App. R. 32(f), it contains 73 words. I further certify that this document complies with this Court's typeface and typestyle requirements because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

/s/ Luke Goodrich<br>Luke Goodrich