FILED: May 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1440
(3:17-cv-00011-MOC-DCK)

_____

LONNIE BILLARD

        Plaintiff - Appellee

v.

CHARLOTTE CATHOLIC HIGH SCHOOL; MECKLENBURG AREA CATHOLIC SCHOOLS; ROMAN CATHOLIC DIOCESE OF CHARLOTTE

        Defendants - Appellants

------------------------------

CHRISTIAN EDUCATIONAL MINISTRIES; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; THE ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; THE GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS; THE LUTHERAN CHURCH-MISSOURI SYNOD; THE JEWISH COALITION FOR RELIGIOUS LIBERTY; THE ISLAM AND RELIGIOUS FREEDOM ACTION TEAM OF THE RELIGIOUS FREEDOM INSTITUTE; ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS; ASSOCIATION FOR BIBLICAL HIGHER EDUCATION; CARDINAL NEWMAN SOCIETY; CHRISTIAN LEGAL SOCIETY; CRISTA MINISTRIES; THE CHRISTIAN AND MISSIONARY ALLIANCE; EVANGELICAL COUNCIL FOR FINANCIAL ACCOUNTABILITY; CHRISTIAN CARE MINISTRY, INC.; THE NAVIGATORS; CROSS CATHOLIC OUTREACH; TYNDALE HOUSE MINISTRIES; SAMARITAN'S PURSE; REGENT UNIVERSITY; GRACE TO YOU; FOCUS ON THE FAMILY; ECO, A Covenant Order of Evangelical

Presbyterians; INTERNATIONAL MISSIONS, INC., d/b/a Christar; SIM USA INCORPORATED; OC INTERNATIONAL, INC., a/k/a One Challenge; THE EVANGELICAL ALLIANCE MISSION, a/k/a Team; FAR EAST BROADCASTING COMPANY, INC.; THE CROWELL TRUST; THE CHRISTIAN COMMUNITY FOUNDATION, INC., d/b/a WaterStone; THE CATHOLIC DIOCESE OF COLORADO SPRINGS; CALVARY CHAPEL FORT LAUDERDALE; CHERRY HILLS COMMUNITY CHURCH; PROFESSOR ROBERT F. COCHRAN, JR.; PROFESSOR DAVID F. FORTE; PROFESSOR RICHARD GARNETT; PROFESSOR DOUGLAS LAYCOCK; PROFESSOR MICHAEL W. MCCONNELL; PROFESSOR MICHAEL P. MORELAND; PROFESSOR ROBERT J. PUSHAW; INSTITUTE FOR FREE SPEECH

    Amici Supporting Appellant

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; MUSLIM ADVOCATES; NATIONAL COUNCIL OF JEWISH WOMEN; NATIONAL WOMEN'S LAW CENTER AND FORTY-SEVEN ADDITIONAL ORGANIZATIONS; MASSACHUSETTS; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MARYLAND; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; OREGON; RHODE ISLAND; WASHINGTON; NORTH CAROLINA COUNCIL OF CHURCHES; CHARLOTTE CLERGY COALITION FOR JUSTICE; CALDWELL PRESBYTERIAN CHURCH

    Amici Supporting Appellee

---

# M A N D A T E

---

The judgment of this court, entered May 8, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        /s/Nwamaka Anowi, Clerk